tiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Giles J. Patterson, Julius C. Smith,* and *C. R. Wharton* for petitioner. *Mr. Charles Cook Howell* for respondent.

No. 920. VOLUNTEER STATE LIFE INSURANCE CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Vaughn Miller* and *Robert A. Littleton* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Edward H. Horton,* and *Thomas E. Harris* for respondent.

No. 910. PRENTISS *v.* MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. T. Morton McDonald* for petitioner. *Mr. Edward H. Knight* for respondent.

No. 912. CARL *v.* FERRELL. May 20, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Paul J. Sedgwick* for petitioner.

No. 913. CARL *v.* NORRIS. May 20, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Paul J. Sedgwick* for petitioner.

No. 918. COOK *v.* UNITED STATES. May 20, 1940. Petition for writ of certiorari to the Circuit Court of